**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JOSEPH LAWRENCE BONACCORSO, Derivatively on Behalf of VERRICA PHARMACEUTICALS INC.,<br><br>Plaintiff,<br><br>v.<br><br>TED WHITE, PAUL B. MANNING, CRAIG BALLARON, LAWRENCE EICHENFIELD, DIEM NGUYEN, MARK PRYGOCKI, and SEAN STALFORT,<br><br>Defendants,<br><br>and<br><br>VERRICA PHARMACEUTICALS INC.,<br><br>Nominal Defendant. | Case No: 2:25-cv-03266-MSG |

**REQUEST FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

PLEASE TAKE NOTICE that, pursuant to Rules 41(a) and 23.1(c) of the Federal Rules of Civil Procedure, Plaintiff Joseph Lawrence Bonaccorso ("Plaintiff") hereby voluntarily dismisses the above-captioned shareholder derivative action (the "Action") brought on behalf of the nominal defendant Verrica Pharmaceuticals Inc. ("Verrica" or the "Company") against defendants Ted White, Paul B. Manning, Craig Ballaron, Lawrence Eichenfield, Diem Nguyen, Mark Prygocki, and Sean Stalfort (collectively, and with Verrica, "Defendants") without prejudice.

Voluntary dismissal pursuant to Fed. R. Civ. P. 41(a) is proper because Defendants have not filed an answer, motion to dismiss, or otherwise responded to a complaint nor filed a motion for summary judgment in the Action.

Notice of this dismissal pursuant to Fed. R. Civ. P. 23.1(c) is not necessary because: (i) there has been no settlement or compromise of this Action; (ii) there has been no collusion among the Parties; (iii) no payment has been made or will be paid to any party or their counsel in connection with the voluntary dismissal; and (iv) the voluntary dismissal is made without prejudice and will not have any preclusive effect on any other action or Verrica shareholder to pursue claims. Moreover, a consolidated derivative matter on behalf of Verrica asserting substantially similar facts and allegations as the Action is pending in this Court, styled as *In re Verrica Pharmaceuticals Inc. Shareholder Derivative Litigation*, Master Case No. 2:24-cv-05561-MSG ("Related Action"). As such, Verrica shareholders will not suffer any prejudice from voluntary dismissal of the Action since the claims will continued to be pursued in the Related Action.

Dated: July 29, 2025

Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

*/s/ Olivia D. Simkins*
Olivia D. Simkins (PA ID: 336339)
101 Greenwood Avenue, Suite 440
Jenkintown, PA 19046
Email: osimkins@rosenlegal.com
Tel: (215) 600-2817

Phillip Kim
275 Madison Avenue, 40th Floor
New York, NY 10016
Telephone: (212) 686-1060
Fascimle: (212) 202-3827
Email: philkim@rosenlegal.com

*Counsel for Plaintiff*

**IT IS SO ORDERED.**

Dated:________________ ______________________________
Chief Judge Mitchell S. Goldberg